UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

        Plaintiff,           INFORMATION

v.           8 U.S.C. § 1325(a)

JOHN CRAIG ZDYBAL,           CR 15-251 DSD

        Defendant.

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Improper Entry by Alien)

On or about August 15, 2015, in the State and District of Minnesota, the defendant,

**JOHN CRAIG ZDYBAL,**

entered and attempted to enter the United States at a time and place other than as designated by immigration officers and eluded examination and inspection by immigration officers, all in violation of Title 8, United States Code, Section 1325(a).

Dated: 9-10-2015

ANDREW M. LUGER
United States Attorney

BY: CLIFFORD B. WARDLAW
Assistant U.S. Attorney
Attorney ID No. 183908

SCANNED
SEP 11 2015
U.S. DISTRICT COURT